**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Susan Elaine BARKER, Defendant—
Appellant.**

**No. 09–10138.**

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 6, 2010.*

Filed Dec. 7, 2010.

Christina Marie Cabanillas, Assistant U.S., USTU–Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Jack L. Lansdale, Jr., Esquire, Law Offices of Jack L. Landsdale, Jr., Tucson, AZ, for Defendant–Appellant.

Before: GOODWIN, RYMER, and GRABER, Circuit Judges.

MEMORANDUM **

Susan Elaine Barker appeals from the district court's judgment revoking her supervised release. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Barker's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a

pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.